AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
Northern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | |
| | ) | Case No.  2:26-MJ-124 |
| | ) | |
| Jesus Manuel Badachi Beltran | ) | |
| | ) | |
| *Defendant(s)* | | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL - 2 2026

CLERK, U.S. DISTRICT COURT
By _____
Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 1, 2026 _____ in the county of _____ Carson _____ in the
_____ Northern _____ District of _____ Texas _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(viii), and 841(b)(1)(A)(vi) | Possession with Intent to Distribute 500 Grams or More of Methamphetamine and Possession with Intent to Distribute 400 Grams or More of Fentanyl |

This criminal complaint is based on these facts:

see attached affidavit in support of complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Newton, DEA TFO
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: _____ 7|2|26 _____

_____
*Judge's signature*

City and state: _____ Amarillo, Texas _____

Lee Ann Reno, U.S. Magistrate Judge
*Printed name and title*

## No. 2:26-MJ-124

## Affidavit in Support of Complaint

I, Thomas Newton, being duly sworn under oath, do hereby depose and state:

1.      I am a Task Force Officer (TFO) with the Drug Enforcement Administration (DEA), and I have been so employed since January 2025. I have been employed as a police officer with the City of Amarillo since 2005. As part of my duties as a TFO, I investigate criminal violations related to narcotics trafficking and illegal drug smuggling. I have been involved in hundreds of investigations of illegal contraband and have specialized training and knowledge in investigating the illicit smuggling, transportation, and trafficking of narcotics in violation of Title 21, United States Code, Section 841 (a)(1). I also have specialized training and knowledge in investigating the illicit proceeds of narcotic smuggling and trafficking in violation of Title 18, United States Code, Section 1956 (a)(1).

2.      This affidavit is made in support of a complaint and arrest warrant for Jesus Manuel Badachi Beltran. I am familiar with the information contained in this affidavit based on my own personal investigation and conversations with other law enforcement officers involved in this investigation.

3.      On July 1, 2026, Texas Department of Public Safety Trooper (DPS) Lonnie Rawlings was patrolling on IH-40 in Carson County, TX.  At approximately 3:31 p.m., Trooper Rawlings observed a Black 2024 Mitsubishi Outlander traveling east bound on IH-40. The Outlander displayed Arizona tag 8GA9VG. Trooper Rawlings observed the Outlander following too closely (TR 545. 062(a)) and Disregard Official Traffic Control

Device (Driving on improved shoulder across the yellow line, TR 544. 004). Trooper Rawlings conducted a traffic stop on the Outlander for the traffic violations. The lone occupant of the pickup was the driver identified as Jesus Manuel BADACHI BELTRAN. Trooper Rawlings advised BELTRAN of the violations. Trooper Rawlings determined that BELTRAN only spoke Spanish, so DPS Trooper Danny Nunez arrived at the traffic stop to translate for Trooper Rawlings and BELTRAN. While issuing the traffic warning, Troopers Rawlings and Nunez observed indicators of criminal activity. Trooper Nunez and Rawlings asked BELTRAN for consent to search the Mitsubishi Outlander. BELTRAN granted Trooper Rawlings consent to search the Outlander.

4. Trooper Rawlings began searching the Outlander. In the rear cargo area of the Outlander, Trooper Rawlings located numerous heat-sealed plastic bags containing crystal like substance believed to be methamphetamine and heat-sealed bags of blue M-30 pills believed to be fentanyl inside the natural voids of the vehicle. A total of thirty bags of suspected methamphetamine and thirteen bags of suspected fentanyl pills were seized. BELTRAN was arrested. BELTRAN and the Outlander were transported to the DPS Office in Panhandle, Texas for further investigation.

5. DEA TFO Vern Wilson was notified of the traffic stop and seizure. DEA TFO'S Wilson and Brock Tullos responded to the DPS Office to investigate. TFO'S Wilson, Tullos, Trooper Nunez and TX DPS CID Agent Darik Heider interviewed BELTRAN. Trooper Nunez Mirandized QUEZADA in Spanish and translated Spanish to English and English to Spanish. BELTRAN understood his *Miranda* Warnings and declined to be interviewed. The interview was terminated.

6.    TFO Wilson conducted a field test for methamphetamine form one of the heat-sealed packages. The sample tested positive for methamphetamine.  The total weight of the 30 bags of suspected methamphetamine was 36 gross pounds.  The total weight of the thirteen bundles of suspected M-30 fentanyl pills was 19 gross pounds. The quantity of the controlled substance and the manner the controlled substance was packaged are consistent with distribution as opposed to someone's personal use.

7.    Based upon the foregoing, there is probable cause to believe that Jesus Manuel BADACHI BELTRAN did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and did knowingly and intentionally possess with the intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

Thomas Newton
Task Force Officer
Drug Enforcement Administration

Attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 on the 2ND day of _____July_____, 2026.

LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE

Anna Marie Bell
Assistant United States Attorney